IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01392-RPM

BRUCE BUREN,

    Plaintiff,
vs.

BC SERVICES, INC.,

    Defendant.

_____

ORDER DEEMING MOTION TO DISMISS AS MOTION FOR SUMMARY JUDGMENT
AND DIRECTING RESPONSE
_____

On July 30, 2014, the defendant filed a motion to dismiss. In that motion, the defendant has included matters not alleged in the complaint, including exhibits. Accordingly, it is

ORDERED that the motion to dismiss is deemed a motion for summary judgment under Fed. R. Civ. P. 56 and the plaintiff will respond accordingly. It is also

ORDERED that the scheduling conference set for August 19, 2014, is vacated.

DATED: July 31st, 2014

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge