## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                         September 17, 2014
Courtroom Deputy:   J. Chris Smith
FTR Technician:         Kathy Terasaki

_____

Civil Action No. 14-cv-01392-RPM

BRUCE BUREN,                                                                              Troy D. Krenning

     Plaintiff,

v.

BC SERVICES, INC.,                                                                      Porter H. Morgan, IV

     Defendant.

_____

### COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**2:00 p.m.**      **Court in session.**

Court's preliminary remarks.

Argument by Mr. Morgan.
Argument by Mr. Krenning.

**ORDERED:**     Defendant's Motion to Dismiss, deemed as a motion for summary judgment [8], is denied.

**2:10 p.m.**      **Court in recess.**

Hearing concluded.  Total time: 10 min.