IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01392-RPM

BRUCE BUREN,

    Plaintiff,

v.

BC SERVICES, INC., a Colorado corporation,

    Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE AND TRIAL DATE
_____

Pursuant to today's scheduling conference , it is

ORDERED that a pretrial conference is scheduled for **December 5, 2014, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx . The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **November 26 2014.**  The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.  It is

FURTHER ORDERED that this matter is set for trial to jury on **December 29, 2014, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleII

IJudges/HonRichardPMatsch.aspx .

      DATED:    October 20th, 2014

                                       BY THE COURT:

                                       s/Richard P. Matsch

                                       _____

                                       Richard P. Matsch, Senior District Judge