IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01392-RPM

BRUCE BUREN,

    Plaintiff,

vs.

BC SERVICES, INC.,

    Defendant.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Stipulated Motion to Dismiss with Prejudice [22] filed today, it is

ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED:   January 5th, 2015

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge